## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

COMPETITIVE EDGE, INC., AND
DAVID M. GREENSPON
VS.
STAPLES, INC., AND STAPLES THE OFFICE
SUPERSTORE EAST, INC.

Case Number:

**08 C 956**

**JUDGE KENDALL**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMPETITIVE EDGE, INC., AND DAVID M. GREENSPON,
Plaintiffs.

| | |
|---|---|
| NAME (Type or print) | |
| Thomas D. Rein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas D. Rein | |
| FIRM | |
| SIDLEY AUSTIN LLP | |
| STREET ADDRESS | |
| 10 South Dearborn Street | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6186187 | 312-853-7000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐