**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:

COMPETITIVE EDGE, INC., AND
DAVID M. GREENSPON
vs.
STAPLES, INC., AND STAPLES THE OFFICE
SUPERSTORE EAST, INC.

**08 C 956**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMPETITIVE EDGE, INC., AND DAVID M. GREENSPON,
Plaintiffs.

**JUDGE KENDALL**
**MAGISTRATE JUDGE MASON**

| |
|---|
| NAME (Type or print)<br>Marc A. Cavan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Marc A. Cavan |
| FIRM<br>SIDLEY AUSTIN LLP |
| STREET ADDRESS<br>10 South Dearborn Street |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6255725 | TELEPHONE NUMBER<br>312-853-7000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐