**FILED**
FEBRUARY 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., AND DAVID M. GREENSPON,<br><br>Plaintiffs,<br><br>- vs. -<br><br>STAPLES, INC., AND STAPLES THE OFFICE SUPERSTORE EAST, INC.,<br><br>Defendants. | Civil Action No. _____<br>**08 C 956**<br><br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE MASON** |

### PLAINTIFF COMPETITIVE EDGE, INC.'S STATEMENT PURSUANT TO LOCAL RULE 3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1

COMES NOW Plaintiff Competitive Edge, Inc., by its attorneys, and states as follows for its disclosure statement pursuant to L.R. 3.2 and Fed. R. Civ. P. 7.1: Competitive Edge, Inc., has no parent corporation and no publicly held affiliates.

Respectfully Submitted,

SIDLEY AUSTIN LLP

By: /s/ Thomas Hankinson

Thomas D. Rein
Marc A. Cavan
Thomas Hankinson
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000 (phone)
(312) 853-7036 (fax)

Attorneys for Competitive Edge, Inc. and David M. Greenspon

Dated: February 14, 2008

CH1 4150756v.1