**FILED**
**FEBRUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., AND<br>DAVID M. GREENSPON,<br><br>                Plaintiffs,<br><br>   - vs. -<br><br>STAPLES, INC., AND STAPLES THE OFFICE<br>SUPERSTORE EAST, INC.,<br><br>                Defendants. | Civil Action No. _____<br>**08 C 956**<br><br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE MASON** |

## PLAINTIFFS' LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS

    Pursuant to Local Rule 3.4, Plaintiffs Competitive Edge, Inc., and David M. Greenspon provide the following information to be utilized by the Clerk of the Court, as required by 35 U.S.C. § 290:

    1. Names and address of Plaintiffs

        David M. Greenspon
        President
        Competitive Edge, Inc.
        3500 109th Street
        Des Moines, Iowa 50322

    2. Names and addresses of Defendants

        Staples, Inc.
        and
        Staples The Office Superstore East, Inc.
        500 Staples Drive
        Framingham, Massachusetts 01702

        or c/o the Defendants' registered agent:

        The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, Delaware 19801

3. Name of Inventor:

   David M. Greenspon

4. Relevant Patent Number

   United States Patent No. D530,734

        Respectfully Submitted,

        SIDLEY AUSTIN LLP

        By: /s/ Thomas Hankinson_____

        Thomas D. Rein
        Marc A. Cavan
        Thomas Hankinson
        SIDLEY AUSTIN LLP
        10 South Dearborn Street
        Chicago, Illinois 60603
        (312) 853-7000 (phone)
        (312) 853-7036 (fax)

        Attorneys for Competitive Edge, Inc. and David M. Greenspon

        Dated: February 14, 2008