AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

COMPETITIVE EDGE, INC., AND
DAVID M. GREENSPON,
Plaintiffs,

V.

STAPLES, INC., AND STAPLES THE
OFFICE SUPERSTORE EAST, INC.,
Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 956**

**JUDGE KENDALL
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Staples The Office Superstore East, Inc.
c/o C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Hankinson
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

------------------------------------
**(By) DEPUTY CLERK**

**February 15, 2008**
------------------------------------
**Date**



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION
CASE NO. **08 C 956**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Daniel Dziedzic**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(    ) Citation to Discover Assets
(    ) Rule to Show Cause
(    ) Subpoena
( **X** ) Other: **Plaintiffs' Local Rule 3.4 Notice of Claims Involving Patents; Plaintiff Competitive Edge, Inc.'s Statement Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1**

1.    (    ) By leaving a copy with the named party, ------- personally on -------.

2.    (    ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( **X** ) On the within party, **Staples The Office Superstore East, Inc. c/o CT Corporation System** by leaving a copy with **Dawn Schulz, Service of Processor and Authorized Person**, on **February 15, 2008**, and informed that person of the contents thereof.

4.    ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Caucasian**          APPROXIMATE AGE: **55**

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **208 S. LaSalle St., Suite #814, Chicago, IL 60604**
TIME OF DAY: **12:50 PM**

6.    (    ) That he was unable to serve the within named party ------- located at - ------ for the reason: -------

Signed and Sworn to before me
This **15**th day of **February 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Daniel Dziedzic
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
                    Date                                              *Signature of Server*



                                                   _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.