UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., and DAVID M. GREENSPON, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 08 C 956 |
| v. | )<br>) Judge Virginia M. Kendall |
| STAPLES, INC. and STAPLES THE OFFICE SUPERSTORE EAST, INC., | )<br>) Magistrate Judge Michael T. Mason<br>) |
| Defendants. | )<br>) |

**AGREED MOTION FOR FIRST EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants Staples, Inc. and Staples The Office Superstore East, Inc. ("Staples") respectfully request an extension of time until and including March 27, 2008, within which to answer the Complaint or otherwise plead. In support of its motion, Staples state as follows:

1. Staples was served with Plaintiff's Complaint on February 15, 2008, making Staples' Answer due on March 6, 2008.

2. This lawsuit arrived unexpectedly, and, due to the press of other business, including travel, counsel for Staples requires additional time to prepare a response to the Complaint.

3. On March 5, 2008, Staples counsel spoke with Plaintiffs' counsel; and Plaintiff agreed to Staples' first request for an extension of time until and including March 27, 2008, to answer the Complaint or otherwise plead.

Dated: March 6, 2008

s/Thomas I. Ross
Thomas I. Ross
Gregory J. Chinlund
Jennifer J. E. Flory
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Ph: (312) 474-6300
Email: tross@marshallip.com

Attorneys for Defendants Staples, Inc. and Staples The Office Superstore East, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2008, I caused a true and correct copy of the foregoing AGREED MOTION FOR FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD to be served via the Court's CM/ECF system upon counsel for Plaintiffs.

                                            s/Thomas I. Ross
                                            Thomas I. Ross