UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., and<br>DAVID M. GREENSPON,<br><br>    Plaintiffs,<br><br>v.<br><br>STAPLES, INC. and STAPLES THE<br>OFFICE SUPERSTORE EAST, INC.,<br><br>    Defendants. | Civil Action No. 08 C 956<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 12, 2008, at 9:00 A.M., the undersigned counsel for Defendants will appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319, United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and present AGREED MOTION FOR FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, if this agreed motion has not been granted by Her Honor beforehand.

| | |
|---|---|
| Dated: March 6, 2008 | s/Thomas I. Ross<br>Thomas I. Ross<br>Gregory J. Chinlund<br>Jennifer J. E. Flory<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>(312) 474-6300<br><br>Attorneys for Defendants Staples, Inc. and Staples The Office Superstore East, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2008, I caused a true and correct copy of the foregoing NOTICE OF MOTION to be served via the Court's CM/ECF system upon counsel for Plaintiffs.

                                      s/Thomas I. Ross
                                      Thomas I. Ross