# EXHIBIT A

(12) **United States Design Patent**  
Kent et al.

(10) Patent No.: **US D559,891 S**  
(45) Date of Patent: ⁎⁎ **Jan. 15, 2008**

(54) **CALCULATOR**

(75) Inventors: **Michael Kent**, Cumberland, RI (US); **David Gerard D'Angelo**, Holliston, MA (US); **William D. Hester**, Meriden, CT (US)

(73) Assignee: **Staples the Office Superstore, LLC**, Framingham, MA (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/271,364**

(22) Filed: **Jan. 17, 2007**

(51) **LOC (8) Cl.** ................................. **18-01**
(52) **U.S. Cl.** ...................................... **D18/7**
(58) **Field of Classification Search** ............... D14/191, D14/218, 341–347, 383, 387, 388; D18/1, D18/2, 4.4, 4.5, 6–12, 12.1, 12.2, 12.3; D21/512; 235/58 R, 59 A, 59 BC, 59 BD, 59 BE, 235/59 BF, 59 BG, 59 BH, 39 CP, 59 T, 235/59 TP, 61 R; 708/100, 105, 130

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D362,266 S | * | 9/1995 | Matsuda ........................ D18/7 |
| D490,421 S | * | 5/2004 | Everett et al. ............. D14/342 |
| D493,787 S | * | 8/2004 | Avery ........................ D14/345 |
| D501,867 S | * | 2/2005 | Joachim et al. ................ D18/7 |
| D502,208 S | * | 2/2005 | Joachim et al. ................ D18/7 |
| D530,734 S | | 10/2006 | Greenspon |

* cited by examiner

*Primary Examiner*—Robert M. Spear  
*Assistant Examiner*—Garth Rademaker  
(74) *Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

(57) **CLAIM**

The ornamental design for a calculator, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, rear, right side perspective view of a calculator, showing our new design;

FIG. **2** is a top plan view thereof;

FIG. **3** is a right side view, the left side view being a mirror image thereof;

FIG. **4** is a front elevational view thereof;

FIG. **5** is a rear elevational view thereof; and,

FIG. **6** is a bottom plan view thereof.

The broken lines depict environmental subject matter only and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





Fig. 1

Fig. 2

Fig. 3



Fig. 4



Fig. 5



Fig. 6