UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., and<br>DAVID M. GREENSPON,<br><br>            Plaintiffs,<br><br>      v.<br><br>STAPLES, INC. and<br>STAPLES THE OFFICE<br>      SUPERSTORE EAST, INC.,<br><br>            Defendants. | Civil Action No. 1:08-cv-00956<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Michael T. Mason |

## **NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants Staples, Inc. and Staples The Office Superstore East, Inc. ("Staples") hereby state as follows.

Staples the Office Superstore East, Inc. is a privately held corporation. Staples, Inc. owns one hundred percent (100%) of Staples the Office Superstore East, Inc.

Staples, Inc. is a publicly held corporation. Staples, Inc. does not have a parent company. Fidelity Management & Research Company, a wholly-owned subsidiary of FMR LLC and an investment adviser registered under Section 203 of the Investment Advisers Act of 1940, is the beneficial owner of 5% or more of the Common Stock outstanding of Staples, Inc. as a result of acting as investment adviser to various investment companies registered under Section 8 of the Investment Company Act of 1940.

          Respectfully submitted,

Dated: March 27, 2008       s/Thomas I. Ross_____
                Thomas I. Ross
                Gregory J. Chinlund
                Jennifer J. E. Flory
                MARSHALL, GERSTEIN & BORUN LLP
                6300 Sears Tower
                233 South Wacker Drive
                Chicago, IL 60606-6357
                (312) 474-6300

                Attorneys for Defendants
                STAPLES, INC. and
                STAPLES THE OFFICE
                SUPERSTORE EAST, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 27, 2008, I caused a true and correct copy of the foregoing NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT to be filed and served via the Court's Electronic Case Filing system pursuant to LR. 5.2(a). Pursuant to LR. 5.9, the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under FED. R. CIV. P. 5(b)(3).


              s/Thomas I. Ross