**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Competitive Edge, Inc., et al.
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00956
                                                   Honorable Virginia M. Kendall

Staples, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held. Fact discovery ordered closed 12/9/2008. Expert discovery ordered closed 2/10/2009. Dispositive motions with supporting memoranda due 3/10/2009; responses due 4/7/2009; replies due 4/14/2009. Status hearing set to follow the close of fact discovery 12/10/2009 at 9:00 AM. Interim Status hearing set for 7/9/2009 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.