UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Competitive Edge, Inc., et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00956
                                                Honorable Virginia M. Kendall

Staples, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

   MINUTE entry before Judge Honorable Virginia M. Kendall: Amending minute entry [23] as follows: The correct date for the Status hearing to follow the close of fact discovery is 12/10/2008 at 9:00 AM. The correct date for the Interim Status hearing is 7/9/2008 at 9:00 AM.Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.