IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., AND<br>DAVID M. GREENSPON,<br><br>            Plaintiffs,<br><br>    - vs. -<br><br>STAPLES, INC., AND STAPLES THE OFFICE SUPERSTORE EAST, INC.,<br><br>            Defendants. | Civil Action No. 08 C 956<br><br>Judge Kendall<br><br>Magistrate Judge Mason |

### AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendants and Plaintiffs ("Parties"), by their respective attorneys, respectfully move this Court for an order entering the Stipulated Protective Order filed simultaneously with the instant motion. In support of this motion, the Parties state the following:

1. Discovery requests in this case have sought confidential and proprietary business information.

2. The Parties desire to protect this sensitive information from public disclosure through entry of the attached Stipulated Protective Order as public disclosure of such information could harm business interests or unduly invade the privacy of individual parties.

3. The Parties have agreed to the terms of the Stipulated Protective Order.

4. The proposed protective order prohibits disclosure of designated confidential information other than to the Court, to the parties and their counsel, and in certain circumstances to other exempted individuals to whom disclosure is necessary for the preparation of a party's case. It also prohibits disclosure and use of such information for any purpose other than prosecuting or defending this litigation.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant this agreed motion and enter the attached Stipulated Protective Order.

Respectfully Submitted,

By: /s/ Thomas Hankinson
———————————————

    Thomas D. Rein
    Marc A. Cavan
    Thomas Hankinson
    SIDLEY AUSTIN LLP
    10 South Dearborn Street
    Chicago, Illinois 60603
    (312) 853-7000 (phone)
    (312) 853-7036 (fax)

Attorneys for Competitive Edge, Inc. and David M. Greenspon

By: /s/ Andrew T. O'Connor
———————————————

    Thomas I. Ross
    Gregory J. Chinlund
    Jennifer J.E. Flory
    MARSHALL, GERSTEIN & BORUN LLP
    6300 Sears Tower
    233 S. Wacker Drive
    Chicago, IL 60606-6357
    P: (312) 474-6300
    E: tross@marshallip.com

    Barbara Moore
    David Cotta
    Andrew T. O'Connor
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, MA 02199-7631

Attorneys for Staples, Inc. and Staples the Office Superstore East, LLC

Dated: July 7, 2008

## **CERTIFICATE OF SERVICE**

      Thomas Hankinson, an attorney, hereby certifies that he caused a true and correct copy of the foregoing document to be served upon all counsel of record by the CM/ECF system as follows:

Thomas I. Ross
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357
P: (312) 474-6300

Barbara L. Moore
David Cotta
Andrew T. O'Connor
Edwards Angell Palmer & Dodge LLP
P: (617) 239-0100

on this 7th day of July 2008.

                                                       s/ Thomas Hankinson
                                                          Thomas Hankinson