IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| COMPETITIVE EDGE, INC., AND DAVID M. GREENSPON, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 08 C 956 |
| ) | |
| - vs. - ) | Judge Kendall |
| ) | |
| STAPLES, INC., AND STAPLES THE OFFICE SUPERSTORE EAST, INC., ) ) ) | Magistrate Judge Mason |
| Defendants. | |

### NOTICE OF MOTION

    Please take notice that on Wednesday, July 9, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiffs Competitive Edge, Inc. and David M. Greenspon shall present to the Honorable Judge Virginia Kendall, or another Judge sitting in her place, at 219 South Dearborn Street, Chicago, Illinois 60604, in courtroom 2319, the attached Agreed Motion for Entry of Protective Order, a copy of which is hereby served on you.

                                                               Respectfully Submitted,

By:  /s/ Thomas Hankinson
      _____

    Thomas D. Rein
    Marc A. Cavan
    Thomas Hankinson
    SIDLEY AUSTIN LLP
    10 South Dearborn Street
    Chicago, Illinois 60603
    (312) 853-7000 (phone)
    (312) 853-7036 (fax)


Attorneys for Competitive Edge, Inc. and
David M. Greenspon

Dated: July 7, 2008

## **CERTIFICATE OF SERVICE**

Thomas Hankinson, an attorney, hereby certifies that he caused a true and correct copy of the foregoing document to be served upon all counsel of record by the CM/ECF system as follows:

Thomas I. Ross
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357
P: (312) 474-6300

Barbara L. Moore
David Cotta
Andrew T. O'Connor
Edwards Angell Palmer & Dodge LLP
P: (617) 239-0100

on this 7th day of July 2008.

s/ Thomas Hankinson

Thomas Hankinson