

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 956 | **DATE** | 7/7/2008 |
| **CASE TITLE** | COMPETITIVE EDGE INC et al vs. STAPLES INC et al | | |

**DOCKET ENTRY TEXT**

The agreed motion for entry of a protective order [29] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | js |
|---|---|---|