**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Competitive Edge, Inc., et al.
                      Plaintiff,

v.                                        Case No.: 1:08−cv−00956
                                               Honorable Virginia M. Kendall

Staples, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 10/23/2008 at 09:00 AM. Plaintiff's oral motion to set a date for defendant to waive privilege is granted. Defendant is given to 10/22/2008 to waive privilege. Status hearing date of 12/10/2008 at 09:00 AM shall stand. Parties to contact the court's clerk if the wish to have a settlement conference.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.